UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| STEVEN CHARLES CLEAR, | ) |
| *Petitioner*, | ) ) ) |
| v. | ) 2:23-cv-00172-JMS-MG ) |
| DUSHAN ZATECKY, | ) ) ) |
| *Respondent*. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT**. Steven Charles Clear's Petition for a Writ of Habeas Corpus is **WITHDRAWN** and the case is **DISMISSED WITHOUT PREJUDICE**.

Date: 9/19/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

Steven Charles Clear
146800
PUTNAMVILLE – CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy. 40
Greencastle, IN 46135